**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAVARIA YACHTS USA, LLLP | ) | Case No. 16-68583-jrs |
| | ) | |
| | ) | |
| Debtor. | ) | |
| ________________________________ | ) | |
| BAVARIA YACHTS USA, LLLP | ) | |
| | ) | Adv. Pro. No. 17-05020-jrs |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAVARIA YACHTBAU GMBH | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Richard L. Robbins of the law firm of ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC, 999 Peachtree Street, NE., Suite 1120, Atlanta, GA 30309, and hereby enters his appearance as counsel in the above-captioned matter for Defendant Bavaria Yachtbau GmbH.

Respectfully submitted this 6th day of February, 2017.

*/s/ Richard L. Robbins*

Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Craig G. Kunkes
Georgia Bar No. 963594
ckunkes@robbinsfirm.com
ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC
999 Peachtree Street, N.E. Suite 1120
Atlanta, Georgia 30309
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Attorneys for Bavaria Yachtbau GmbH*

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2017, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to all Users who have consented to such service.

This 6th day of February, 2017.

*/s/ Richard L. Robbins*
Richard L. Robbins